IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTIAN NLANDU MBENGO,      )
                            Petitioner    )
                                    )
      vs.                      ) Civil Action No. 06-1208
                                    ) Judge Arthur J. Schwab/
WARDEN MR. MILLWARD,      ) Magistrate Judge Amy Reynolds Hay
Moshannon valley Correction Center    )
                      Respondent   )

## ORDER

AND NOW, this _1_ day of _December_, 2006, after the petitioner,

Christian Nlandu Mbengo, filed an action in the above-captioned case,  and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties ten days

after being served with a copy to file written objections thereto, and petitioner having filed a

response concurring with the report and recommendation, and upon independent review of the

record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is

adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the petition is transferrred to the United States

District Court for the Middle forthwith pursuant to 28 U.S.C. Section 1406(a).

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

ARTHUR J. SCHWAB
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Christian Nlandu Mbengo
       56786-019
       Moshannon Valley Correctional Center
       555 Cornell Drive
       Philipsburg, PA 16866