IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN NLANDU MBENGO, Petitioner | ) ) ) |
| vs. | ) Civil Action No. 06-1208 ) Judge Arthur J. Schwab/ |
| WARDEN MR. MILLWARD, Moshannon valley Correction Center Respondent | ) Magistrate Judge Amy Reynolds Hay ) ) ) |

## ORDER

AND NOW, this 23rd day of July, 2008, after the Petitioner, Christian Nlandu Mbengo, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until July 18, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Section 2241 habeas petition is dismissed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Christian Nlandu Mbengo
56786-019
Moshannon Valley Correctional Center
555 Cornell Drive
Philipsburg, PA 16866

All Counsel of Record via CM-ECF